| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Davila, Edward J. | 2. Court or Organization<br><br>U.S. District Court, Northern District, California | 3. Date of Report<br><br>05/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,    Date 5/20/10<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>04/30/2010 |
| 7. Chambers or Office Address<br><br>191 North First Street<br>San Jose, CA 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair, Board of Trustees | Trinity School |
| 2. Member, Parents Diversity Advisory Committee | Castilleja School |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | California Judge's Retirement System II, pension upon retirement |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | State of California, salary | $54,188.32 |
| 2. | 2010 | County of Santa Clara, salary | $3,954.51 |
| 3. | 2009 | State of California, salary | $154,322.30 |
| 4. | 2009 | County of Santa Clara, salary | $11,074.32 |
| 5. | 2008 | State of California, salary | $156,838.36 |
| 6. | 2008 | County of Santa Clara, salary | $10,664.16 |
| 7. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | County of Santa Clara, salary |
| 2. | 2009 | County of Santa Clara, salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | K |
| 2. Chase Bank | Mortgage on Second Property #1, Sunnyvale CA | M |
| 3. private school | tuition | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | | None | J | T | Exempt | | | | |
| 2. Santa Clara County Federal Credit Union Accounts | A | Int./Div. | K | T | | | | | |
| 3. Chase Bank Account | | None | J | T | | | | | |
| 4. Judges Retirement System II Account | E | Interest | N | T | | | | | |
| 5. CalPERS Retirement Account | E | Interest | O | T | | | | | |
| 6. Investment Property, Sunnyvale, CA | | None | O | W | | | | | |
| 7. Utah Educational Savings Plan 529 | A | Dividend | J | T | | | | | |
| 8. ICMA - RC 457 Deferred Compensation Plan | | | | | | | | | |
| 9. - Am Funds Growth Fund of America Mutual Fund | D | Dividend | M | T | | | | | |
| 10. IRA Account #1 | | None | M | T | | | | | |
| 11. - Pershing Govt Account Money Fund | | | | | | | | | |
| 12. - AMCAP Fund Class A Mutual Fund | | | | | | | | | |
| 13. - American High Income Trust Class A Mutual Fund | | | | | | | | | |
| 14. - The Bond Fund of America Class A Mutual Fund | | | | | | | | | |
| 15. - Capital Income Builder Fund Class A Mutual Fund | | | | | | | | | |
| 16. - Capital World Bond Fund Class A Mutual Fund | | | | | | | | | |
| 17. - Capital World Growth & Income Fund Class A Mutual Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fundamental Investors Class A Mutual Fund | | | | | | | | | |
| 19. - ING Index Plus Large-Cap Fund Class A Mutual Fund | | | | | | | | | |
| 20. - The Income Fund of America Class A Mutual Fund | | | | | | | | | |
| 21. - The Investment Company of America Class A Mutual Fund | | | | | | | | | |
| 22. - New Perspective Fund Class A Mutual Fund | | | | | | | | | |
| 23. Brokerage Account #2 | | | | | | | | | |
| 24. - Franklin Dynatech Fund Class A Mutual Fund | A | Int./Div. | J | T | | | | | |
| 25. Brokerage Account #3 | | | | | | | | | |
| 26. - Federated Govt Reserves Money Market Fund | | None | J | T | | | | | |
| 27. - Baron Growth Fund Mutual Fund | | None | J | T | | | | | |
| 28. - Dodge & Cox Stock Fund Mutual Fund | | None | J | T | | | | | |
| 29. IRA Account #4 | A | Int./Div. | K | T | | | | | |
| 30. - Western Asset Money Market Fund Class A | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Edward J. Davila
Financial Disclosure Report
Reporting Period: 01/01/2009 - 04/30/2010
Additional Information

Part I Positions:

As Chair of the Board of Trustees of Trinity School, I have no control over the school's investment assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 14 | 000 | Notes payable to banks-secured | | 384 | 206 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | 20 | 000 |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others – auto loan | | 25 | 000 |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 703 | 022 |
| Real estate owned-add schedule | 2 | 200 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 88 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: Brokerage Accounts | | 10 | 133 | | | | |
| PERS Retirement Accounts | | 880 | 802 | | | | |
| IRA Accounts | | 211 | 529 | | | | |
| Utah College Fund | | 12 | 154 | Total liabilities | 1 | 132 | 228 |
| 457 Deferred Compensation Account | | 101 | 790 | Net Worth | 2 | 386 | 180 |
| Total Assets | 3 | 518 | 408 | Total liabilities and net worth | 3 | 518 | 408 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

# FINANCIAL STATEMENT

## NET WORTH SCHEDULES

Real Estate Owned
| | |
|---|---:|
| Personal residence | $ 1,600,000 |
| Second Property | 600,000 |
| Total Real Estate Owned | 2,200,000 |

Real Estate Mortgages Payable
| | |
|---|---:|
| Personal residence | $ 548,609 |
| Second Property | 154,413 |
| Total Real Estate Mortgages Payable | 703,022 |

### AFFIDAVIT

I, **EDWARD JOHN DAVILA**, do swear that the information provided in this statement is, to the best of my knowledge, true and accurate.

_5/18/10_
(DATE)

_[signature]_
(NAME)

_____
(NOTARY)

State of California County of
_SAnta Clara_

Subscribed and sworn to (or affirmed)
before me on this _18_ day of _MAY_, 20_10_, by
_Edward J. Davila_,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _Henry Shepherd_
(Seal)

HENRY SHEPHERD
COMM. # 1724517
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES FEB. 10, 2011